

**ORDERED in the Southern District of Florida on October 3, 2019.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No.: 18-16248-MAM |
| Chance & Anthem, LLC,    Debtor. _____/ | Chapter 7 |
| Robert C Furr,    Plaintiff. | Adv. Proc. No. 19-1299-MAM |
| v. | |
| Air Center, Inc.,    Defendant. _____/ | |

### ORDER DIRECTING SUBMISSION OF DOCUMENT

**THIS MATTER** came before the Court on October 2, 2019 at 10:00 a.m. (the "Hearing"), upon the *Motion to Strike Chapter 7 Trustee's Scandalous, Impertinent Allegations and for Clarification* (ECF No. 12) (the "Motion") filed by Jeffrey M. Siskind ("Mr. Siskind'). For the reasons stated on the record at the Hearing, the Court

finds it appropriate to direct the submission by Mr. Siskind of a copy of the adversary complaint with the language to which he objects marked in a manner that the Court and Plaintiff can use to identify precisely which language Mr. Siskind finds objectionable.

Accordingly, the Court, having considered the Motion and the representations of parties at the Hearing, and being otherwise fully informed in the premises, hereby

**ORDERS AND ADJUDGES** that:

1. Mr. Siskind shall submit the marked complaint to chambers on or before 4.pm. on Friday, October 2, 2019.

2. No extensions will be granted absent extraordinary circumstances.

###

Copies furnished to:

Jeffrey M. Siskind, Esq.

Siskind is directed to serve this order upon all interested parties and file a conforming certificate of service.