UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No. 18-16248-BKC-MAM
                                                                        Chapter 7
CHANCE & ANTHEM, LLC,

    Debtor.
_____/

ROBERT C. FURR not individually but                                     ADV. NO. 19-01299-MAM
as Chapter 7 Trustee of the estate of the
Debtor, Chance & Anthem, LLC,

    Plaintiff,

v.

AIRCENTER, INC.

    Defendant.
_____/

**AGREED *EX PARTE* MOTION BY PLAINTIFF, ROBERT C. FURR,
TO CONTINUE PRETRIAL CONFERENCE AND EXTEND
<u>RELATED PRETRIAL DEADLINES</u>**

Robert C. Furr (the "Trustee" or "Plaintiff"), not individually but as Chapter 7 Trustee of the Bankruptcy Estate of the Debtor, Chance & Anthem, LLC (the "Debtor") by and through counsel, file this Agreed *Ex Parte* Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines (the "Motion") and in support thereof state, as follows:

**I.    BACKGROUND.**

1. On January 29, 2019 (the "Petition Date") the Debtor, Chance and Anthem, LLC ("Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition") in the United States Bankruptcy Court for the District of Maryland (the "Maryland Bankruptcy Court"), in the matter styled *In re Chance & Anthem, LLC*, Case No. 18-11168-TJC (the "Bankruptcy Case"). The Plaintiff is the duly appointed and acting Trustee of the Debtor's bankruptcy estate (the "Estate").

2. On May 24, 2018, the Bankruptcy Court for the District of Maryland entered its Memorandum and Order Transferring Venue To The Bankruptcy Court For the Southern District of Florida (the "Transfer Order")[ECF No. 73], transferring the Bankruptcy Case to this Court.

3. On May 25, 2018, the Plaintiff, Robert C. Furr, was duly appointed and is acting Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Estate")[ECF No. 76].

4. On August 06, 2019, the Plaintiff filed the Adversary Complaint to Avoid and Recover Avoidable Transfer and For Other Relief (the "Adversary Complaint") [ECF No. 1] in the above adversary proceeding (the "Adversary Proceeding") against Aircenter, Inc. (the "Defendant").

5. On August 07, 2019, the Court issued the Summons and Notice of Pretrial/Trial in an Adversary Proceeding, scheduling the Pretrial Conference for November 14, 2019 at 10:00 a.m. [ECF No. 02].

6. On same date, the Court entered an *Order Setting Filing and Disclosure Requirements for Pretrial and Trial Setting Pretrial Conference* (the "Pretrial Order") [ECF No. 03] which references all corresponding pretrial deadlines.

7. On August 9, 2019, the Trustee served the Complaint, Summons and Pretrial Order. However, the service address was for a different business entity with a similar name. Therefore, on September 04 2019, the Plaintiff filed an Ex Parte Motion to Issue Alias Summons [ECF No. 05] which was granted by the Court on September 05, 2019 [ECF No. 06].

8. On September 05, 2019, the Court issued the Alias Summons and Notice of Pretrial/Trial in an Adversary Proceeding [ECF No. 07].

9. The Defendant was properly served with the Adversary Complaint, Alias Summons and Pretrial Order.

10. Additionally, the Defendant sought an extension of time to respond to the Adversary Complaint through its counsel.

2

## II.    RELIEF REQUESTED.

11.    As the parties are in the process of settlement negotiations, the Parties have agreed to a continuance of the Pretrial Conference to January 14, 2020 at 10:00 a.m. Further, the Plaintiff seeks a concomitant enlargement of the deadlines set forth in the Pretrial Order to coincide with the continued Pretrial Conference.

12.    Counsel for the Plaintiff has conferred with the Defendant's counsel, regarding the filing of this Motion and certifies that the Defendant has agreed to the relief requested herein.

13.    The filing of this Motion and continuance of the Pretrial Conference and extensions of the deadlines under the Pretrial Order are necessary in order to preserve time and resources of the Parties. This Motion has been filed in good faith and not for any dilatory purpose or improper delays of this adversary proceeding.

**WHEREFORE**, the Plaintiff, Robert C. Furr, as the Chapter 7 Trustee, respectfully requests the entry of an order attached hereto as **Exhibit "A"**: (i) granting this Motion; (ii) continuing the Pretrial Conference to January 14, 2020 at 10:00 a.m.; (iii) extending all corresponding pretrial deadlines accordingly; and (iv) granting such other and further relief as the Court deems appropriate.

Dated this 15th day of October, 2019

                                          **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                          *Counsel for Plaintiff*
                                          100 S.E. Second Street, 44th Floor
                                          Miami, FL  33131
                                          Tel: (305) 349-2300
                                          Fax: (305) 349-2310

                                          By:    /s/    Jesus M. Suarez
                                                  Jesus M. Suarez, Esq.
                                                  Fla. Bar No. 60086
                                                Email: jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this 15th day of October, 2019.

By: /s/ *Jesus M. Suarez*
Jesus M. Suarez, Esq.

## SERVICE LIST

*Notice was served via CM/ECF upon:*

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Jeffrey M Siskind on behalf of Interested Party Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**Notice will be served via U. S. Mail upon**:

Daniel D. Barks, Esq.
*Counsel to Defendant*
Speiser Krause
1750 Tysons Boulevard
Suite 1500 PMB #41
McLean, VA 22102

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01299-MAM |
|     Plaintiff, | |
| v. | |
| AIRCENTER, INC. | |
|     Defendant. | |
| _____/ | |

**ORDER GRANTING AGREED *EX PARTE* MOTION BY PLAINTIFF, ROBERT C. FURR, TO CONTINUE PRETRIAL CONFERENCE AND EXTEND <u>RELATED PRETRIAL DEADLINES</u>**

5

**THIS MATTER** came before the Court without a hearing upon the Agreed *Ex Parte* Motion by Plaintiff, Robert C. Furr, to Continue Pretrial Conference and Extend Related Pretrial Deadlines [ECF No. \_\_\_\_] (the "Motion"), and the Court having reviewed the Motion, the record in this case, and noting the agreement of the parties with respect to the relief granted herein, and being otherwise duly advised in the premises, it is

**ORDERED**, as follows:

1. The Motion is GRANTED.

2. The Pretrial Conference is hereby continued to **January 14, 2020 at 10:00 a.m**. at the United States Bankruptcy Court, Flagler Waterview Building, 1515 N Flagler Drive, Room 801 Courtroom A, West Palm Beach, FL 33401

3. The corresponding pretrial deadlines are extended accordingly to coincide with the continued Pretrial Conference.

4. This Order is without prejudice to the parties seeking further extensions of the pretrial conference in this matter or any of the pretrial deadlines.

###

**Submitted by:**

Jesus M. Suarez, Esq.
*Counsel for the Plaintiff*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel: (305) 349-2300
Email: jsuarez@gjb-law.com

[Attorney Suarez shall serve a copy of this Order to all interested parties and file a certificate of service]