

**ORDERED in the Southern District of Florida on October 28, 2019.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR, not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-0299-MAM |
|     Plaintiff, | |
| v. | |
| AIRCENTER, INC. | |
|     Defendant. | |
| _____/ | |

**ORDER DENYING MOTION TO INTERVENE [ECF NO. 10] AND MOTION TO
STRIKE CHAPTER 7 TRUSTEE'S SCANDALOUS, IMPERTINENT ALLEGATIONS
AND FOR CLARIFICATION [ECF NO. 12] FILED BY JEFFREY M. SISKIND**

THIS MATTER came before the Court on October 02, 2019 at 10:00 a.m. and October 22, 2019 at 2:30 p.m. upon the (i) *Motion to Intervene* [ECF No. 10] (the "Motion to Intervene"); (ii) *Motion to Strike Chapter 7 Trustee's Scandalous, Impertinent Allegations and for Clarification* [ECF No. 12] (the "Motion to Strike") filed by Jeffrey M. Siskind ("Siskind") and (iii) *Plaintiff's Response in Opposition to Siskind's Motion to Intervene and Motion to Strike* [ECF No. 17] (the "Response"); (iv) *Plaintiff's Supplemental Response in Opposition to Siskind's Motion to Strike* [ECF No. 29] (the "Supplemental Response") filed by Robert C. Furr, in his capacity as Chapter 7 Trustee of estate of the Debtor, Chance & Anthem, LLC (the "Debtor"). The Court, having reviewed and considered the Motion to Intervene, Motion to Strike and the Responses thereto, having heard the representations and arguments of Trustee's counsel and Mr. Siskind, and otherwise being duly advised on the premises, it is,

ORDERED, as follows:

1.　The Motion to Intervene and Motion to Strike are DENIED for reasons stated on the record.

###

**Submitted by:**

Jesus M. Suarez, Esq.
Attorney for Chapter 7 Trustee
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310
Email: jsuarez@gjb-law.com

Jesus M. Suarez Esq., who shall serve a copy of this Order on all interested parties and file a certificate of service reflecting same.